## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **JUANITA GULLET as durable power of attorney of MARK W. GULLET** | |
| **Plaintiff,** | **Case No.  4:24-cv-00906-MTS** |
| **v.** | **JURY TRIAL DEMANDED** |
| **FLO-GP LEASING CO LLC D/B/A CRYSTAL CREEK HEALTH AND REHABILITATION CENTER: HEALTH FACILITY MANAGEMENT, LLC D/B/A COMMUNICARE FAMILY OF COMPANIES** | |
| **Defendants.** | |

## JOINT STATUS REPORT

1.      Plaintiff filed this case on July 1, 2024.  [Doc. 1].

2.      Defendant answered on July 30, 2024. [Doc. 12].

3.      The Court stayed this matter pending arbitration on September 13, 2024. [Doc. 27].

4.      The parties agreed on an arbitrator utilizing Mike Geigerman of US&M.

5.      The parties paid the arbitration opening fee and submitted their statements of claim.

6.      Shortly thereafter, USA&M was purchased which has slowed down the process of the parties obtaining a scheduling order from Mr. Geigerman for the arbitration.  After that, defendants' counsel switched.  However, the parties have been in touch with Mr. Geigerman's office and expect an initial call to set a schedule shortly after the new year.

7.     In the interim, the parties have engaged in informal discovery and exchanged medical records and a medical authorization for defendants to collect additional records.

8.     The parties request 120-day to provide the Court with the next status up date.

Respectfully Submitted,

STEELE LAW FIRM II, LLC

By:  */s/ Jonathan Steele*
Jonathan Steele  MO #63266
2029 Wyandotte, Suite 100
Kansas City, MO 64108
Ph: (816) 466-5947
Fax: (913) 416-9425
jonathan@nursinghomeabuselaw.com
ATTORNEY FOR PLAINTIFF

BROWN & JAMES, P.C.
By:  */s/ Dave Ellington*
Dave Ellington
800 Market Street, 11th Floor
St. Louis, Missouri 63101-2501
314-421-3400
314-421-3128 – FAX
dellington@bjpc.com
ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that the below-signed Attorney signed the original of the above and foregoing and is maintaining the original copy at said Attorney's office, and that on December 18, 2024 a copy of the above and foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all parties and attorneys of record.

*/s/ Jonathan Steele*
Attorney for Plaintiff(s)